IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.   NO. 3:14-MJ-321-BF

LAWRENCE SHAHWAN

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, <u>Lawrence Shahwan</u>, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

   \_\_\_\_ Crime of violence (18 U.S.C. §3156);

   \_\_\_\_ Maximum sentence life imprisonment or death

   _X_ 10 + year drug offense

   \_\_\_\_ Felony, with two prior convictions in above categories

   _X_ Serious risk defendant will flee

   \_\_\_\_ Serious risk obstruction of justice

   \_\_\_\_ Felony involving a minor victim

   \_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

   \_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

Motion for Detention – Page 1 of 3

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   <u> X </u>  Defendant's appearance as required

   <u> X </u>  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will invoke the rebuttable presumption against defendant because (check one or both):

   <u> X </u>  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

   _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

   _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

   _____ At first appearance

   <u> X </u>  After continuance of <u> 3 </u> days (not more than 3).

DATED this <u>9th</u> day of May, 2014.

                        Respectfully submitted,

                        SARAH R. SALDAÑA
                        UNITED STATES ATTORNEY

                        _____
                        BRIAN D. POE
                        Assistant United States Attorney
                        Texas State Bar No.   24056908
                        1100 Commerce Street, Third Floor

Dallas, Texas 75242<br>
Telephone: 214.659.8670<br>
Facisimile: 214.659.8803

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this 9th day of May, 2014.

_____
BRIAN D. POE
Assistant United States Attorney

**Motion for Detention – Page 3 of 3**